| Prob 22 (VAE Rev. 4/13) | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED<br>CLERK, U.S. DISTRICT COURT<br>**3/31/2023**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: CD  DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>1:19CR00062 | |
| | | DOCKET NUMBER *(Rec. Court)*<br>2:23-cr-00154-ODW | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Sau Hoong Lee | DISTRICT<br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br>Alexandria | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable T. S. Ellis, III | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/7/22 | TO<br>12/6/25 |

OFFENSE:

Possession of a Fraudulent Identity Document with Intent to Defraud the United States; Aggravated Identity Theft

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/28/23_   _[signature]_
Date         Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **CENTRAL DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 31, 2023    _[signature]_
Effective Date    United States District Judge